# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2020

## NO. 03-18-00667-CR

**John Anthony Davila, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.